IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| WENDY GRACE RHODES, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:09-cv-00398-SWW |
| | * | |
| | * | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is

Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed with prejudice.

IT IS SO ORDERED this 22nd day of September 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE